**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**October 22, 2003**

**Charles R. Fulbruge III**
**Clerk**

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 03-50042
Conference Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

PAUL GRAY, also known as "Paul," also known as Travis Knight,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. EP-01-CR-418-7
--------------------

Before KING, Chief Judge, and JOLLY and STEWART, Circuit Judges.

PER CURIAM:[*]

Counsel appointed to represent Paul Gray has filed a

motion to withdraw and a brief pursuant to Anders v. California,

386 U.S. 738, 744 (1967). Gray has not filed a response.

Our independent review of the brief and the record discloses

no nonfrivolous issue in this direct appeal. Accordingly, the

motion for leave to withdraw is GRANTED, counsel is excused from

further responsibilities herein, and the APPEAL IS DISMISSED.

See 5TH CIR. R. 42.2.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.